# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**VS.**                            **CASE NO.: 4:19-cr-71-DMB-JMV-1**

**JARVIS CORTEZ PEOPLES**                                          **DEFENDANT**

## ORDER OF WITHDRAWAL OF COUNSEL

The court previously appointed attorney Derrick T. Simmons to represent the defendant Jarvis Cortez Peoples pursuant to the Criminal Justice Act. Retained attorney Joseph M. Hollomon has since entered an appearance as counsel of record for the defendant.

THEREFORE, IT IS ORDERED THAT Derrick T. Simmons is withdrawn and relieved of further duties as counsel for the defendant Jarvis Cortez Peoples.

SO ORDERED, this the 17th day of October, 2022.

                                                           /s/ Jane M. Virden
                                                           UNITED STATES MAGISTRATE JUDGE